## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**Chambers of**  
Richard D. Bennett  
United States District Judge  
Northern Division

U.S.Courthouse - Chambers 5D  
101 W. Lombard Street  
Baltimore, MD 21201  
Tel: 410-962-3190  
Fax: 410-962-3177

October 11, 2022

TO COUNSEL OF RECORD

RE:   *USA v. Ronnie Finney*  
         Criminal No. RDB-19-0568

Dear Counsel:

This will confirm the Sentencing of the above-captioned Defendant has been rescheduled. The Revised Schedule is as follows:

**Sentencing:**         October 13, 2022 at 2:30 p.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

Sincerely,

/s/

Richard D. Bennett  
United States District Judge

RDB/klf#